Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ◉

Miami Division

| | | |
|---|---|---|
| Alex Philogene | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) | |
| \ | ) | |
| Federal Bureau of Investigation (FBI), | ) | |
| | ) | FILED BY _____ D.C. |
| *Defendant(s)* | ) | OCT 30 2025 |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alex Philogene |
| Street Address | 120 SW 8th Ave Unit 1105 |
| City and County | Miami, Miami-Dade County |
| State and Zip Code | FL, 33130 |
| Telephone Number | (561) 931-1675 |
| E-mail Address | alex.philogene@gmx.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation (FBI) |
| Job or Title *(if known)* | N/A |
| Street Address | 935 Pennsylvania Avenue, NW |
| City and County | Washington, D.C. |
| State and Zip Code | District of Columbia, 20535-0001 |
| Telephone Number | (202) 324-3000 |
| E-mail Address *(if known)* | N/A |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N//A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5 U.S.C. § 552, 5 U.S.C. § 552(a), 5 U.S.C. § 552(a)(3), 5 U.S.C. § 552(a)(6), 5 U.S.C. § 552(b), 28 U.S.C. § 1331, 5 U.S.C. § 552(a)(4)(B)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  N/A , is a citizen of the State of *(name)*  N/A .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*  N/A , is incorporated under the laws of the State of *(name)*  N/A , and has its principal place of business in the State of *(name)*

N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  N/A , is a citizen of the State of *(name)*  N/A . Or is a citizen of *(foreign nation)*  N/A .

       b.     If the defendant is a corporation

          The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

          Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          N/A

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment A for Statement of Claim.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff respectfully requests that this Court:
1. Declare that Defendants' failure to respond to Plaintiff's Freedom of Information Act request within the statutory time period violates FOIA, 5 U.S.C. § 552(a)(6)(A), and Plaintiff's rights thereunder;
2. Order Defendants' to immediately conduct a reasonable search for all records responsive to Plaintiff's FOIA request and to promptly produce all non-exempt records or portions of records responsive to the request, in accordance with FOIA and applicable regulations;

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

3. Enjoin Defendants' from continuing to withhold any non-exempt portions of responsive records;

4. Award Plaintiff reasonable attorney's fees and other litigation costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E);

5. Grant such other and further relief as the Court deems just and proper.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              10/30/25

Signature of Plaintiff

Printed Name of Plaintiff     Alex Philogene - Pro Se

### B.     For Attorneys

Date of signing:              N/A

Signature of Attorney         N/A

Printed Name of Attorney      N/A

Bar Number                    N/A

Name of Law Firm              N/A

Street Address                N/A

State and Zip Code            N/A

Telephone Number              N/A

E-mail Address                N/A

**Attachment A**

**Section III. Statement of Claim**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and declaratory relief seeking the release of agency records improperly withheld from Plaintiff by Defendants.

2. On Tuesday, April 22, 2025, at approximately 6:40 a.m. EST, Plaintiff submitted an electronic FOIA request **(Exhibit 1)** to the Federal Bureau of Investigation ("FBI") through its eFOIPA portal (efoia.fbi.gov), pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The request sought any and all records maintained by the agency pertaining to Plaintiff.

3. That same day, April 22, 2025, Plaintiff also submitted a FOIA request **(Exhibit 2)** via email to the Department of Justice ("DOJ") Mail Referral Unit at MRUFOIA.Requests@usdoj.gov, requesting that the Unit forward the request to any DOJ component(s) most likely to maintain responsive records.

4. On April 24, 2025, the Mail Referral Unit acknowledged receipt of Plaintiff's request **(Exhibit 3; Tracking No. EMRUFOIA042125)** and stated that it had forwarded the request to (1) the Executive Office for United States Attorneys ("EOUSA") and (2) the Federal Bureau of Investigation ("FBI"). The Unit indicated that these referrals were made based on Plaintiff's designations or descriptive information. However, Plaintiff did not identify any specific DOJ components or provide descriptive information that would have directed the request to particular offices. Plaintiff therefore relies on the Mail Referral Unit's referral as evidence that responsive records likely exist or existed within the EOUSA and/or FBI.

5. On April 29, 2025, the FBI responded to Plaintiff's eFOIPA request via email and provided a PDF file **(Exhibit 4)** containing the agency's determination. The response stated that the FBI "conducted a main entity record search of the Central Records System (CRS) per [its] standard search policy. However, [it] was unable to identify records subject to the FOIPA that are responsive to [Plaintiff's] request. Therefore, [Plaintiff's] request is being closed." The FBI cited no FOIA exemptions and provided no further explanation.

6. Plaintiff believes responsive records do exist or should exist, based on indications that Plaintiff has been, or had been, the subject of investigation, and on the response from the DOJ Mail Referral Unit **(Exhibit 3; Tracking No. EMRUFOIA042125)**. The MRU's referral of Plaintiff's request to both the EOUSA and FBI—despite Plaintiff having provided no information identifying those components—suggests that the DOJ independently determined those offices are likely to maintain records pertaining to Plaintiff.

7. On April 29, 2025, Plaintiff created a FOIA STAR account with the DOJ Office of Information Policy ("OIP") and submitted an administrative appeal challenging the FBI's response **(Exhibit 5)**. The appeal was filed at approximately 7:25 a.m. EST through the FOIA STAR portal.

8. On Wednesday, April 30, 2025, at 1:21 p.m. EST, Plaintiff received an acknowledgment email **(Exhibit 6)** from Priscilla Jones of OIP confirming receipt of Plaintiff's administrative appeal

of the FBI's action. The acknowledgment stated that OIP would notify Plaintiff of its decision in due course.

9. On Friday, August 1, 2025, at approximately 6:25 a.m. EST, Plaintiff logged into the OIP FOIA STAR portal to check the status of the administrative appeal and noted that the appeal remained "In Progress."

10. As of August 1, 2025, ninety-two (92) days had passed since the appeal was submitted on April 29, 2025, and no decision had been issued by OIP.

11. On August 5, 2025, Plaintiff received a response from Rianna Barrett, Associate Chief (for Christina Troiani), stating that "After carefully considering [Plaintiff's] appeal, [she] is affirming the FBI's action on [Plaintiff's] request. The FBI searched its records system but did not find any responsive records. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records." **(Exhibit 7)**

12. Plaintiff has therefore exhausted all administrative remedies as required under 5 U.S.C. § 552(a)(6)(C)(i) and is entitled to seek judicial review in this Court.

13. While Defendants ultimately issued determinations regarding Plaintiff's FOIA request and administrative appeal, those determinations were issued well beyond the statutory deadlines set forth in 5 U.S.C. § 552(a)(6)(A)(i). Defendants' delay in responding deprived Plaintiff of timely access to information and constitutes a continuing violation of the Freedom of Information Act.

# Exhibit 1

 Gmail

Alex Philogene <aphilogene1@gmail.com>

---

## eFOIA Request Received

1 message

---

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>
To: aphilogene1@gmail.com

Tue, Apr 22, 2025 at 6:58 AM

---

| | |
|---|---|
| **Prefix** | |
| **First Name** | |
| **Middle Name** | |
| **Last Name** | |
| **Suffix** | |
| **Email** | aphilogene1@gmail.com |
| **Phone** | |
| **Location** | |
| **Address Line 1** | 120 SW 8th Ave Unit 1105 |

**Address Line 2**

**City** Miami

**State** Florida

**Postal** 33186

## Agreement to Pay

**How you will pay** I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below

**Allow up to $** 150

## Privacy Act

**US Citizen** True

**Prefix**

**First Name** John

**Middle Name**

**Last Name** Rodriguez

**Suffix**

| | |
|---|---|
| **Date of Birth** | 1995/06/23 |
| **Place of Birth** | Miami, Florida |
| **Additional Information** | Dear FOIA Officer, Pursuant to the Freedom of Information Act (5 U.S.C. § 552 … A§ 552a), I hereby request access to and copies of all records, documents, reports, communications, investigative files, or any other materials held by your agency pertaining to Alex Philogene. If any part of this request is denied, please cite the specific exemptions you believe justify the refusal and inform me of the appeal procedures available under the law. If you determine that portions of the requested records are exempt from disclosure, please provide all reasonably segregable portions. To assist in identifying the correct files, I am willing to provide additional information if needed. Please inform me if this request requires further clarification or if there are any associated fees. If possible, I request that the documents be provided in electronic format (PDF or other digital files) via email. Thank you for your time and attention to this matter. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2025. Sincerely, Alex Philogene |

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.



Case 1:25-cv-25030-LFL   Document 1   Entered on FLSD Docket 10/31/2025   Page 12 of 37

Case 1:25-cv-25030-LFL Document 1 Entered on FLSD Docket 10/31/2025 Page 13 of 37



efoia.fbi.gov

Senate Internship Op...   Make a FOIA Request...   Find a FOIA Contact a...   Sample FOIA Request...   Everything you need t...   Freedom of Informati...   Know Your Rights: Ho...   eFOIPA: E-mail Authe...

MORE ≡                                    **FBI: eFOIPA**

# eFOIPA: E-mail Authentication

**An authorization e-mail has been sent.**
Please check the e-mail provided and click the link to continue with the eFOIPA submission process.

| Most Wanted | News | What We Investigate | Services | Resources | About | Contact Us |
|---|---|---|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | Criminal Justice Information Services (CJIS) | Law Enforcement | Mission & Priorities | United States Field Offices |
| Fugitives | Videos | Counterintelligence | CIRG | Businesses | Leadership & Structure | FBI Headquarters |
| Terrorism | Press Releases | Cyber Crime | Laboratory Services | Victim Assistance | Partnerships | Overseas Offices |
| Kidnappings/Missing Persons | Speeches | Public Corruption | Training Academy | Reports and Publications | Community Outreach | |
| Seeking Information | Testimony | Civil Rights | Operational Technology | | Frequently Asked Questions | **More** |
| Bank Robbers | Podcasts and Radio | Organized Crime | Information Management | | | Submit a Tip |
| ECAP | Photos | White-Collar Crime | | | | Crime Statistics |
| ViCAP | | Violent Crime | | | | History |
| | | WMD | | | | FOIPA |
| | | | | | | Scams & Safety |
| | | | | | | FBI Kids |
| | | | | | | FBI Jobs |

Accessibility | eRulemaking | Freedom of Information/Privacy Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House | No FEAR Act

FBI.gov is an official site of the U.S. government, U.S. Department of Justice

Privacy - Terms

**Exhibit 2**

 Gmail                                                              Alex Philogene <aphilogene1@gmail.com>

# Freedom of Information Act (FOIA) Request - Mail Referral Unit - Alex Philogene

1 message

**Alex Philogene** <aphilogene1@gmail.com>                          Tue, Apr 22, 2025 at 9:24 AM
To: MRUFOIA.Requests@usdoj.gov

**FOIA Request**

**Alex Philogene**

120 SW 8th Ave Unit 1105

Miami, FL, 33130

aphilogene1@gmail.com

(786) 454-7847

Place of Birth: Miami, FL

Date of Birth: June 23, 1995

**FOIA/PA Mail Referral Unit**
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001
Phone: (202) 616-3837
E-mail: MRUFOIA.Requests@usdoj.gov

**Tuesday, April 22, 2025**

**Subject:** Freedom of Information Act Request for Records Pertaining to Alex Philogene

Dear FOIA Officer,

Pursuant to the Freedom of Information Act (5 U.S.C. § 552), I hereby request access to and copies of all records, documents, reports, communications, investigative files, or any other materials held by your agency pertaining

to **Alex Philogene**.

If any part of this request is denied, please cite the specific exemptions you believe justify the refusal and inform me of the appeal procedures available under the law. If you determine that portions of the requested records are exempt from disclosure, please provide all reasonably segregable portions.

To assist in identifying the correct files, I am willing to provide additional information if needed. Please inform me if this request requires further clarification or if there are any associated fees.

If possible, I request that the documents be provided in electronic format (PDF or other digital files) via email.

Thank you for your time and attention to this matter.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2025.**

**Sincerely,**

*Alex Philogene*

**Exhibit 3**

**U.S. Department of Justice**



*Washington, D.C. 20530*

April 24, 2025

Alex Philogene
Aphilogene1@gmail.com

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, EMRUFOIA042125. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Executive Office for U.S. Attorneys
> Department of Justice
> Suite 5.400
> 175 N. Street N.E.
> Washington, DC 20530-0001
> (202) 252-6020
>
> FOIA/PA
> Federal Bureau of Investigation
> Department of Justice
> 200 Constitution Drive
> Winchester, VA 22602
> (540) 868-4500

In the future, you may submit your request electronically directly to the FBI at https://efoia.fbi.gov (available 24 hours a day), or utilize the FOIA.gov Portal at https://www.foia.gov/agency-search.html?id=e366935f-20e1-4404-ac40-ed5518a5ce5a&type=component. Should you have questions about your routed request to the FBI, please feel free to contact the FBI's Public Information Officer at foipaquestions@fbi.gov.

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division

**Exhibit 4**



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 28, 2025

ALEX PHILOGENE
UNIT 1105
120 SOUTHWEST 8TH AVENUE
MIAMI, FL 33130

Request No.: 1666486-000
Subject: PHILOGENE, ALEX

Dear Alex Philogene:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. Based on the information you provided, we conducted a main entity record search of the Central Records System (CRS) per our standard search policy. However, we were unable to identify records subject to the FOIPA that are responsive to your request. Therefore, your request is being closed. If you have additional information pertaining to the subject of your request, please submit a new request providing the details, and we will conduct an additional search. For more information about records searches and the standard search policy, see the enclosed FBI FOIPA Addendum General Information Section.

Please see the paragraphs below for relevant information that may be specific to your request. Only checked boxes contain corresponding paragraphs relevant to your request. If no boxes are checked, the corresponding information does not apply.

☐ Please be advised that your request was reopened based on the additional information you provided. A new search was conducted, and we were unable to identify records subject to the FOIPA that are responsive to your request.

☐ Records potentially responsive to your request were destroyed. Since this material could not be reviewed, it is not known if it was responsive to your request. Record retention and disposal is carried out under supervision of the National Archives and Records Administration (NARA) according to Title 44 United States Code Section 3301, Title 36 Code of Federal Regulations (CFR) Chapter 12 Sub-chapter B Part 1228, and 36 CFR 1229.10. Please be advised that the General Records Schedule (GRS) disposition authority for FOIPA records is DAA-GRS-2016-0002-0001 (GRS 4.2, Item 020).

☐ Records potentially responsive to your request were transferred to the National Archives and Records Administration (NARA). If you wish to review these records, file a FOIPA request with NARA at the following address:

National Archives and Records Administration
Special Access and FOIA
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001

☐ Potentially responsive records were identified during the search. However, we were advised that they were not in their expected locations. An additional search for the missing records also met with unsuccessful results. Since we were unable to review the records, we were unable to determine if they were responsive to your request.

☐ The identification records requested are maintained by the FBI's Criminal Justice Information Services (CJIS) Division; therefore, we have forwarded a portion of your request to CJIS for processing. To check the status of this request, please contact CJIS directly at (304) 625-5590. For additional information, see the enclosed FBI FOIPA Addendum General Information Section.

☐ Requests for expedited processing are not applicable when a final response is issued within ten calendar days.

☐    Police departments should be aware that the search conducted was limited to FBI records. Requests for criminal history records or rap sheets should be directed to Criminal Justice Information Services (CJIS). Information regarding CJIS is listed in the enclosed FBI FOIPA Addendum General Information Section.

☐    Records potentially responsive to your request were transferred to the National Personnel Records Center - Civilian Personnel Records (NPRC-CPR). In order to obtain information on a file located at the NPRC, your request must be mailed to the following address:

> National Archives and Records Administration
> ATTN: Archival Programs
> P.O. Box 38757
> St. Louis, MO 63138

☐    You also requested information regarding one or more third parties. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C). The mere acknowledgement of the existence of FBI records on third party individuals could reasonably be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third-party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

**FBI FOIPA Addendum**

**As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request. Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information. Part 3 includes general information about FBI records, searches, and programs.**

**Part 1: The standard responses below apply to all requests:**

(i)      **5 U.S.C. § 552(c).** Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)]. FBI responses are limited to those records subject to the requirements of the FOIPA. Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii)     **Intelligence Records.** To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)]. This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i)      **Requests for Records about any Individual—Watch Lists.** The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)]. This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii)     **Requests for Records about any Individual—Witness Security Program Records.** The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)]. This is a standard response and should not be read to indicate that such records do or do not exist.

(iii)    **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ § 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i)      **Record Searches and Standard Search Policy.** The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions. The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does <u>not</u> include a search for reference entity records or administrative records of previous FOIPA requests.

> a.   *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation
> b.   *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii)     **FBI Records.** Founded in 1908, the FBI carries out a dual law enforcement and national security mission. As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii)    **Foreseeable Harm Standard.** As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)). The FBI considers this foreseeable harm standard in the processing of its requests.

(iv)    **Requests for Criminal History Records or Rap Sheets.** The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet. These criminal history records are not the same as material in an investigative "FBI file." An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. For a fee, individuals can request a copy of their Identity History Summary Check. Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks. Additionally, requests can be submitted electronically at www.edo.cjis.gov. For additional information, please contact CJIS directly at (304) 625-5590.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

# Exhibit 5

Case 1:25-cv-25030-LFL   Document 1   Entered on FLSD Docket 10/31/2025   Page 26 of 37



## Registration

Thank you for your registration. An email has been sent to you with a temporary password. Please click here to login.

**CONTACT US**

Website: www.justice.gov/oip

Phone: (202) 514-3642

Email: doj.oip.foia@usdoj.gov

**ABOUT US**

The mission of the Office of Information Policy (OIP) is to encourage and oversee agency compliance with the Freedom of Information Act (FOIA). OIP also manages the Department of Justice's obligations under the FOIA. This includes adjudicating administrative appeals from denials of access to records made by Department components under the FOIA or the Privacy Act of 1974, and handling initial requests for records of the Offices of the Attorney General, Deputy Attorney General and Associate Attorney General, as well as other Senior Management Offices.

Case 1:25-cv-25030-LFL   Document 1   Entered on FLSD Docket 10/31/2025   Page 27 of 37



**My Account**   **Sign Out**   **Help**

**HOME**   **TRACKING INBOX**

Tracking Inbox  »  Appeal

Assignment: eFiler

## A-2025-01502
Requester:  Philogene, Alex

**Status: Submitted**

v Workflow

**Appeal**

### Appeal Information

| | | | |
|---|---|---|---|
| Received Date | 04/29/2025 | Agency | OIP |
| | | Document Delivery Method | Email |

### Request Information

| | |
|---|---|
| Request Number | 1666486-000 |
| Component | FBI |
| Subject of Request | PHILOGENE, ALEX |

### Basis for Appeal

Description of Appeal

Alex Philogene
120 SW 8th Ave Unit 1105
Miami, FL 33130
aphilogene1@gmail.com
(786) 454-7847
Place of Birth: Miami, FL
Date of Birth: 06/23/1995



Subject of Request                  PHILOGENE, ALEX

**Basis for Appeal**

Description of Appeal

Alex Philogene
120 SW 8th Ave Unit 1105
Miami, FL 33130
aphilogene1@gmail.com
(786) 454-7847
Place of Birth: Miami, FL
Date of Birth: 06/23/1995

Tuesday, April 29, 2025

Office of Information Policy
U.S. Department of Justice
441 G Street, NW, 6th Floor
Washington, DC 20530-0001
Email: DOJ.OIP.FOIA@usdoj.gov

Subject: FOIA Appeal - FBI Request No.: 1666486-000

To Whom It May Concern:

I am writing to formally appeal the decision made by the Federal Bureau
of Investigation (FBI) regarding my Freedom of Information Act (FOIA)
request, assigned FBI Request Number 1666486-000.

On April 22, 2025, I submitted a FOIA request to the FBI seeking access
to all records, documents, recordings, and investigative files pertaining
to Alex Philogene. On April 29, 2022, I received a response from the FBI
in which my request was closed and the reason provided by the FBI was
that the FBI was not able to identify records subject to the FOIPA that
are responsive to my request.

I respectfully appeal this decision for the following reasons:

I am appealing the FBI's decision to withhold or claim no responsive
records exist in response to my FOIA request because I have reason to
believe that documents relevant to the subject of my request either
currently exist, previously existed, or should have existed within the
FBI's records systems.

My belief is based on evidences, logical inferences, and other
indications such as the DOJ's Mail Referral Unit's suggestion that these



I am appealing the FBI's decision to withhold or claim no responsive records exist in response to my FOIA request because I have reason to believe that documents relevant to the subject of my request either currently exist, previously existed, or should have existed within the FBI's records systems.

My belief is based on evidences, logical inferences, and other indications such as the DOJ's Mail Referral Unit's suggestion that these records may be in the possession of the FBI.

If such documents no longer exist, it raises questions as to whether they were improperly destroyed or mishandled. Furthermore, if the records were never entered into the FBI's record systems, that may indicate a failure in record-keeping or FOIA processing protocols.

Given these possibilities, I respectfully request a more thorough and complete search.

I request that the Office of Information Policy review the FBI's decision, order a more comprehensive search (if necessary), and direct the release of all non-exempt material.

Thank you for your attention to this matter. I look forward to your response.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Sincerely,
Alex Philogene

Based on Denial of Fee Waiver            No

Based on Denial of Expedited             No
Processing

Requester Item Type 1

Requester Items 1

Requester Item Type 2

Requester Items 2

Requester Item Type 3

Requester Items 3

Requester Contact Information



and correct to the best of my knowledge.

Sincerely,
Alex Philogene

| | |
|---|---|
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | |
| Requester Items 1 | |
| Requester Item Type 2 | |
| Requester Items 2 | |
| Requester Item Type 3 | |
| Requester Items 3 | |

**Requester Contact Information**

| | | | |
|---|---|---|---|
| Salutation | | Address Type | Home |
| First Name | Alex | Country | United States |
| Middle Name | | Address Line 1 | 120 SW 8th Ave Unit 1105 |
| Last Name | Philogene | Address Line 2 | |
| Email Address | aphilogene1@gmail.com | City | Miami |
| Organization | | State | Florida |
| Register Number | | Zip/Postal Code | 33130 |
| Phone Number | 7864547847 | | |
| Fax Number | | | |
| Other Information | | | |

**Expedited Processing Information**

| | |
|---|---|
| Expedited Processing Requested? | No |

Powered by entellitrak®

# Appeal

Appeal Information

| | |
|---|---|
| Appeal Number | A-2025-01502 |
| Received Date | |
| Due Date | |
| Receipt Method | Electronic |
| Postmark Date | |
| Appeal Is In Litigation | No |
| Unusual Circumstances | null |
| Track | Complex |

| | |
|---|---|
| Agency | OIP |
| Document Delivery Method | Email |
| Topic | |
| Litigation Information | |
| Litigation Number | |
| First Name of Litigator | |
| Last Name of Litigator | |

| | |
|---|---|
| Case Name | |
| Federal District Court | null |
| Date of Final Adjudication by Court | |
| Request Information | |
| Request Number | 1666486-000 |
| Request ID | |
| Component | FBI |
| Subject of Request | |
| Basis for Appeal | |
| Description of Appeal | |
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | null |
| Requester Items 1 | No Attachment |
| Requester Item Type 2 | null |
| Requester Items 2 | No Attachment |
| Requester Item Type 3 | null |
| Requester Items 3 | No Attachment |
| Requester Contact Information | |

| | |
|---|---|
| Salutation | null |
| First Name | Alex |
| Middle Name | |
| Last Name | Philogene |
| Email Address | aphilogene1@gmail.com |
| Organization | |
| Register Number | |
| Phone Number | 7864547847 |
| Fax Number | |
| Other Information | |
| | |
| Address Type | Home |
| Country | United States |
| Address Line 1 | 120 SW 8th Ave Unit 1105 |
| Address Line 2 | |
| Military Branch | |
| City | Miami |
| Province | |
| State | Florida |
| Zip/Postal Code | 33130 |
| Expedited Processing Information | |
| Expedited Processing Requested? | No |
| Expedited Processing Request Date | |
| Expedited Processing Determination | null |
| Standards for Expedition | |
| | |
| Expedited Justification | |
| Workflow State | Closed |
| Records Management | |
| Workflow Status | Closed |
| Disposition Date | |
| Marked for Disposition | |
| Disposition Confirmed | |
| Disposition Confirmed By | null |

**Exhibit 6**



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

April 30, 2025

aphilogene1@gmail.com

Dear Alex Philogene:

This is to advise you that the Office of Information Policy of the U.S. Department of Justice received your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1666486-000 on 04/29/2025.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2025-01502. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at 202-514-3642. If you have submitted your appeal through Freedom of Information Act STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist

**Exhibit 7**



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Alex Philogene

Re:   Appeal No. A-2025-01502

Request No. 1666486-000

aphilogene1@gmail.com

**VIA:  Online Portal - 8/5/2025**

Dear Alex Philogene:

You appealed from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) request for access to records concerning yourself. I note that your appeal concerns the adequacy of the FBI's search.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive records subject to the FOIA in its files. The FBI searched its records system but did not find any responsive records. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the

action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

*Rianna Barrett*

Rianna Barrett,
Associate Chief, for Christina Troiani,

Chief, Administrative Appeals Staff