UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| ALEX PHILOGENE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>Defendant. | Civil Action No. 26- 25030-CIV-LOUIS |

## **ANSWER**

Defendant Federal Bureau of Investigation ("Defendant" or "FBI"), by and through undersigned counsel, hereby responds to Plaintiff's Complaint alleging violations of the Freedom of Information Act ("FOIA") (ECF No. 1).

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below. Defendants expressly deny each and every allegation in the Complaint not specifically admitted or otherwise qualified herein. Defendants reserve their right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to the Defendants through the course of the litigation. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, the Defendants may refer to such materials for their accurate and complete contents in response; however, the Defendants' responses are not intended to be, and should not be construed to be, an admission that the cited materials are (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action.

1

## STATEMENT OF CLAIM[1]

1. This paragraph consists of Plaintiff's description of the present litigation, to which no response is required.

2. Defendant admits that FBI received a FOIA request from Plaintiff dated April 22, 2025. Defendant respectfully refers the Court to the cited FOIA request for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

3. Defendant admits that DOJ received an FOIA request from Plaintiff dated April 22, 2025. Defendant respectfully refers the Court to the cited request for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

4. Defendant admits only that on April 24, 2025, DOJ sent Plaintiff a letter acknowledging receipt of Plaintiff's FOIA request, which advised Plaintiff that the request had been assigned Tracking Number EMRUFOIA042125. Defendant respectfully refers the Court to the cited letter for a full and accurate statement of its contents and denies any allegations inconsistent therewith. The last sentence of this paragraph consists of Plaintiff's characterization of DOJ's letter and conclusions of law, to which no response is required.

5. Defendant admits that on April 28, 2025, FBI sent Plaintiff a letter closing Plaintiff's FOIA request. Defendant respectfully refers the Court to the cited denial letter for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

6. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies.

---

[1] For ease of reference, Defendants refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's creation of a FOIA STAR account. Defendant admits that on April 29, 2025, Plaintiff filed an administrative appeal of FBI's response with the Department of Justice, Office of Information Policy ("OIP"). Defendant respectfully refers the Court to the cited documents for a full and accurate statement of their contents and denies any allegations inconsistent therewith.

8. Defendant admits that on April 30, 2025, OIP sent Plaintiff a letter acknowledging receipt of Plaintiff's administrative appeal. The last sentence of this paragraph consists of Plaintiff's characterization of the letter, to which no response is required. Defendant respectfully refers the Court to the cited documents for a full and accurate statement of their contents and denies any allegations inconsistent therewith.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Defendant admits.

11. Defendant admits that on August 5, 2025, OIP affirmed FBI's actions that were the subject of Plaintiff's appeal. Defendant respectfully refers the Court to the cited documents for a full and accurate statement of their contents and denies any allegations inconsistent therewith.

12. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies.

13. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendant denies.

The remainder of Plaintiff's Complaint under the heading "Relief" and beginning with the word "WHEREFORE," consists of Plaintiff's requests for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Any allegations not specifically admitted, denied, or otherwise answered are hereby denied. For further defenses, Defendant hereby alleges as follows:

### FIRST DEFENSE

Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

### SECOND DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### THIRD DEFENSE

Defendant has not unlawfully withheld any records within the meaning of the FOIA, 5 U.S.C. § 522.

### FOURTH DEFENSE

If documents responsive to Plaintiff's request exist, such documents, or portions thereof, are exempt from disclosure to the extent provided by applicable FOIA exemptions, 5 U.S.C. § 552(b).

### FIFTH DEFENSE

Plaintiff is not entitled to attorney fees under 5 U.S.C. § 552(a)(4)(E).

### SIXTH DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## **SEVENTH DEFENSE**

Defendant may have additional defenses which are not known at this time, but which may become known through further proceedings. Accordingly, Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

Respectfully submitted,

**JASON REDING QUINONES**
**UNITED STATES ATTORNEY**

By:     /s/ *Carlos Raurell*
Assistant U.S. Attorney
Florida Bar No. 529893
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, Florida 33132
Telephone: (305) 961-9243
E-mail: carlos.raurell@usdoj.gov
*Counsel for Respondents*